IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM FRANKS and<br>ALL THE WHEY, INC. | : <br> : <br> : | CIVIL ACTION <br><br> NO. 09-3649 |
| Plaintiffs, | : <br> : | |
| v. | : <br> : | |
| FOOD INGREDIENTS<br>INTERNATIONAL, INC., et al. | : <br> : <br> : | |
| Defendants. | : | |

## ORDER

AND NOW, this 30th day of July, 2010, upon consideration of Defendants Tulskie and Food Ingredients International, Inc.'s ("Defendants'") joint Motion to Dismiss Plaintiff's Amended Complaint (Dkt. No. 18), Plaintiff's Opposition thereto (Dkt. No. 20), Defendants' Reply (Dkt. No. 23) and Plaintiffs Sur-Reply (Dkt. No. 26), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that Defendants' Motion is GRANTED and Plaintiff's Amended Complaint is DISMISSED.

BY THE COURT:

/s/ C. Darnell Jones, II
C. DARNELL JONES, II    J.